United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Maria Velez Zamora, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 23-20864-Civ-Scola |
| Kilolo Kijakazi, Commissioner for Social Security Administration, Defendant. | ) ) ) |

## Order Adopting Report and Recommendations

According to the Clerk's directive, this case was referred to United States Magistrate Judge Jonathan Goodman for a ruling on all pre-trial, nondispositive matters, and for a report and recommendation on any dispositive matters. On January 8, 2024, Judge Goodman issued his report, recommending that the Court grant Plaintiff Maria Velez Zamora's motion for summary judgment (ECF No. 14), deny Defendant Kilolo Kijakazi, Acting Commissioner for Social Security Administration's motion for summary judgment (ECF No. 21), and reverse the administrative law judge's unfavorable decision. (Mag. J. Rep. & Rec., ECF No. 24.) No objections have been filed and the time to do so has passed. After careful review of the filings, the applicable law, and the record, the Court **adopts** Judge Goodman's report and recommendations (**ECF No. 24**), **grants** Velez Zamora's motion for summary judgment (**ECF No. 14**), **denies** the Commissioner's motion for summary judgment (**ECF No. 21**), and **remands** this case to the administrative law judge for further proceedings.

Judge Goodman found that the ALJ improperly discounted Velez Zamora's credibility as to her sleep-disorder claim. In doing so, Judge Goodman concluded that that the ALJ "failed to adequately address the impact of Plaintiff's financial status on her access to treatment." (Rep. at 18.) This alone, according to Judge Goodman, rendered the ALJ's decision unsupported by substantial evidence, warranting remand. After careful review, the Court finds Judge Goodman's assessment cogent and compelling, and adopts his report and recommendations in their entirety, **remanding** this case back to the ALJ for further proceedings consistent with Judge Goodman's report.

The Clerk is directed to **close** this case. All other pending motions, if any,

are **denied** as moot.

**Done and ordered** at Miami, Florida on January 26, 2024.

Robert N. Scola, Jr.
United States District Judge